UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No._____

STRATEGIC BUSINESS GROUP,
a Panamanian corporation,

        Plaintiff,

v.

CRAIG SIROTA, an individual,

        Defendant.

_____/

## COMPLAINT

Plaintiff, STRATEGIC BUSINESS GROUP, ("Plaintiff"), by and through undersigned counsel, sues Defendant, CRAIG SIROTA ("Defendant"), and states as follows:

## RELIEF SOUGHT

Plaintiff brings this action against Defendant upon his default on a promissory note. Plaintiff seeks to recover damages and to collect all costs incurred, including reasonable attorneys' fees, in enforcing its rights against the Defendant.

## PARTIES, JURISDICTION, VENUE AND ALLEGATIONS COMMON TO ALL COUNTS

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorney's fees, and there is complete diversity of citizenship between the parties.

2. Plaintiff is incorporated in and a citizen of Panama with its principal place of business in Santo Domingo, Dominican Republic.

3. Defendant is a citizen of the State of Illinois

4. Venue is appropriate in the Southern District of Florida because this suit is based on agreements and acts of the Defendant entered, breached and occurring in the Southern District of Florida.

5. Plaintiff has engaged the law firm of Paul L. Orshan, P.A. to represent it in this action and is obligated to pay a reasonable fee for services rendered.

6. All conditions precedent to bringing this action have occurred, have been performed or have been waived.

## COUNT - I
## BREACH OF PROMISSORY NOTE

7. Plaintiff re-alleges and re-avers paragraphs 1 through 6 above, as fully set forth herein.

8. On or about June 9, 2006, Defendant executed and delivered to SUPERIOR WHOLESALE PRODUCTS, INC. ("Superior"), a promissory note in the principal amount of $1,184,165.00 (the "Note").  A true and correct copy of the Note is attached hereto as Exhibit "A" and incorporated herein.

9. On or about January 3, 2009, Superior assigned all of its rights under the Note to Plaintiff ("Assignment").  A true and correct copy of the Assignment is attached hereto as Exhibit "B" and incorporated herein.

10. Plaintiff owns and holds the Note.

11. Defendant has defaulted on the Note by, without limitation, failing to make payments as such payments came due under the terms of the Note and otherwise failing to perform the obligations thereunder.

12. Plaintiff has accelerated the balance due under the Note and has demanded payment of all principal.

13. Defendant now owes Plaintiff the approximate principal amount of $1,184,165.00, together with accrued interest, late fees and other expenses due under the Note.

14. Pursuant to the terms of the Note, Plaintiff is entitled to recover its attorneys' fees and cost associated with this action from Defendant.

**WHEREFORE,** Plaintiff, STRATEGIC BUSINESS GROUP, demands judgment for damages against Defendant, CRAIG SIROTA, together with pre-judgment and post-judgment interest, court cost, reasonable attorneys' fees and any other relief this Court deems just and proper.

Dated:  May 16, 2011.

>PAUL L. ORSHAN, P.A.
>*Counsel for Strategic Business Group, Limited Corp.*
>2506 Ponce de Leon Boulevard
>Coral Gables, FL  33134
>305.529.9380 (telephone)
>305.402.0777 (facsimile)
>*paul@orshanpa.com*
>
>By:   */s/ Paul L. Orshan*
>         Paul L. Orshan, Esq.
>         Florida Bar No. 776203
>         Jose-Carlos A. Villanueva, Esq.
>         Florida Bar No. 0034658