UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STRATEGIC BUSINESS GROUP,

    Plaintiffs,

vs.                                                    CASE NO. 11-21770-CIV-UNGARO

CRAIG SIROTA,                            Magistrate Judge Torres

    Defendant.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant, CRAIG SIROTA, hereby gives notice of the filing on October 21, 2011 of a petition in bankruptcy on his behalf in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 11-42723 (Judge Goldgar). A copy of a Notice of Bankruptcy Case Filing is attached.

Date: October 27, 2011                  Respectfully submitted,

                                                  s/ Brian J. Stack
                                                  Brian J. Stack (Fla. Bar No. 0476234)
                                                  E-mail: bstack@stackfernandez.com
                                                  **STACK FERNANDEZ ANDERSON**
                                                    **& HARRIS, P.A.**
                                                  Suite 950
                                                  1200 Brickell Avenue
                                                  Miami, Florida 33131
                                                  Tel.: 305.371.0001
                                                  Fax: 305.371.0002
                                                  *Attorneys for Defendant, Craig Sirota*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ Brian J. Stack
Brian J. Stack
Fla. Bar No. 0476234

## SERVICE LIST
*Strategic Business Group*
Case No. 11-21770-CIV-Ungaro/Torres
United States District Court, Southern District of Florida

Paul L. Orshan, Esq.
Email: paul@orshanpa.com
PAUL L. ORSHAN, P.A.
2506 Ponce de Leon Boulevard
Coral Gables, FL  33134
Phone: 305-529-9380
Fax:  305-402-0777
*Attorneys for Plaintiff*

**(via CM/ECF)**

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/21/2011 at 11:47 AM and filed on 10/21/2011.

**Craig A. Sirota**
950 Gage Lane
Lake Forest, IL 60045
SSN / ITIN: xxx-xx-2548

|  The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **James J Burns, JR**<br>Burns & Wincek<br>53 West Jackson<br>Suite 909<br>Chicago, IL 60604<br>312-880-0195 | **Ilene F Goldstein, ESQ**<br>Law Offices of Ilene F. Goldstein<br>850 Central Ave<br>Ste 200<br>Highland Park, IL 60035<br>847-926-9595 |

The case was assigned case number 11-42723 to Judge A. Benjamin Goldgar.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth S. Gardner**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2011 09:49:18 | | | |
| **PACER Login:** | bw1118 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 11-42723 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |